United States Bankruptcy Court
Eastern District of California

In re:                                                          Case No. 13-25501-B
Terrence Peter Masse                                            Chapter 7
Lennie L Masse
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0972-2          User: admin              Page 1 of 3           Date Rcvd: Apr 23, 2013
                              Form ID: b9a             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
```
db/jdb       Terrence Peter Masse, Sr.,    Lennie L Masse,    2038 Spanish Ranch Way,
             Plumas Lake, CA 95961-9056
aty          David J. Collins,   214 5th Street,    Marysville, CA 95901
20469798     BilMeLater,   PO Box 105658,   Atlanta GA 30348-5658
20469800    +Cap1 bstby,   26525 N Riverwoods Blvd,    Mettawa IL 60045-3438
20469801    +Carmax Auto Finance,    225 Chastain Meadows Court,   Kennesaw GA 30144-5942
20469804    +Convergent Outsourcing,    800 Sw 39th St,   Renton WA 98057-4975
20469808    +First Data,   4000 Coral Ridge Drive,    Coral Springs FL 33065-7614
20469813    +Gecrb kp Ventures,   Po Box 981439,    El Paso TX 79998-1439
20469816    +Gtwy cbna,   Po Box 6497,   Sioux Falls SD 57117-6497
20469817    +Keybank Na,   Po Box 94825,   Cleveland OH 44101-4825
20469820    +Schools Financial Cu,    1485 Response Rd Ste 109,   Sacramento CA 95815-5261
20469821     Solar City,   PO Box 4387,   Portland OR 97208-4387
20469822     South Hill Finance,    Canada S0J 0N0,   Rr 1 Site 8 Comp 39,   Christopher Lake Sask
20469823    +Southern Mass Credit U,    123 Alden Road,   Fairhaven MA 02719-4743
20469826    +Thd cbna,   Po Box 6497,   Sioux Falls SD 57117-6497
20469827    +Travis Credit Union,    Po Box 2069,   Vacaville CA 95696-2069
20469828   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
            (address filed with court: Wfds wds,    Po Box 1697,   Winterville NC 28590)
20469829    +Wfhm,   4101 Wiseman Blvd Mc-t,    San Antonio TX 78251-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: BDMWHATLEY.COM Apr 24 2013 04:48:00    Douglas M. Whatley,   PO Box 538,
             Folsom, CA 95763-0538
smg          EDI: EDD.COM Apr 24 2013 04:48:00    Employment Development Department,
             Bankruptcy Group, MIC 92E,   PO Box 826880,    Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Apr 24 2013 04:48:00    Franchise Tax Board,   PO Box 2952,
             Sacramento, CA 95812-2952
20469799     EDI: CAPITALONE.COM Apr 24 2013 04:48:00     Cap One,   Po Box 85015,   Richmond VA 23285
20469802    +EDI: CAUT.COM Apr 24 2013 04:48:00     Chase Auto,   Po Box 901076,   Ft Worth TX 76101-2076
20469803    +EDI: CITICORP.COM Apr 24 2013 04:48:00     Citi,   Po Box 6241,   Sioux Falls SD 57117-6241
20469804    +EDI: CONVERGENT.COM Apr 24 2013 04:48:00     Convergent Outsourcing,    800 Sw 39th St,
             Renton WA 98057-4975
20469805     EDI: RCSDELL.COM Apr 24 2013 04:48:00     Dell Preferred Account,   PO Box 6403,
             Carol Stream IL 60197-6403
20469806    +E-mail/Text: electronicbkydocs@nelnet.net Apr 24 2013 06:07:54     Dept Of Education neln,
             121 S 13th St,   Lincoln NE 68508-1904
20469807    +E-mail/Text: bankruptcy@firstelectronicbankusa.com Apr 24 2013 05:20:55     Feb frys,
             280 W 10200 S Ste 200,   Sandy UT 84070-4267
20469809    +EDI: RMSC.COM Apr 24 2013 04:48:00     Gecrb amazon,   Po Box 981400,   El Paso TX 79998-1400
20469810    +EDI: RMSC.COM Apr 24 2013 04:48:00     Gecrb amer Eagle Dc,   Po Box 965005,
             Orlando FL 32896-5005
20469811    +EDI: RMSC.COM Apr 24 2013 04:48:00     Gecrb best Buy,   Po Box 981439,   El Paso TX 79998-1439
20469812    +EDI: RMSC.COM Apr 24 2013 04:48:00     Gecrb chevron,   Po Box 965015,   Orlando FL 32896-5015
20469814    +EDI: RMSC.COM Apr 24 2013 04:48:00     Gecrb lowes,   Po Box 965005,   Orlando FL 32896-5005
20469815    +EDI: RMSC.COM Apr 24 2013 04:48:00     Gecrb mervyns,   Po Box 965005,   Orlando FL 32896-5005
20469818    +EDI: FORD.COM Apr 24 2013 04:48:00     Mazda Amer Cr,   9009 Caruthers Pkwy,
             Franklin TN 37067-1704
20469824     EDI: AGFINANCE.COM Apr 24 2013 04:48:00     Springleaf Financial S,   3260 Lone Tree Way Ste 1,
             Antioch CA 94509
20469819    +EDI: SALMAESERVICING.COM Apr 24 2013 04:48:00     Sallie Mae,   Po Box 9500,
             Wilkes Barre PA 18773-9500
20469825     EDI: CHRYSLER.COM Apr 24 2013 04:48:00     Td Auto Finance,   27777 Franklin Rd,
             Farmington Hills MI 48334
                                                                                              TOTAL: 20
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0972-2          User: admin                Page 2 of 3              Date Rcvd: Apr 23, 2013
                              Form ID: b9a               Total Noticed: 37

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2013**                              Signature:    *Joseph Speetjens*

Case 13-25501    Filed 04/23/13    Doc 8

```
District/off: 0972-2           User: admin                 Page 3 of 3                  Date Rcvd: Apr 23, 2013
                               Form ID: b9a                Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2013 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0

Case 13-25501    Filed 04/23/13    Doc 8

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case  (v.12.12)                                                       13–25501 – B – 7

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814**<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM |  |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/22/13 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Case Number: | 13–25501 – B – 7 |
|---|---|

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

| | |
|---|---|
| Terrence Peter Masse Sr.<br>xxx–xx–8950<br><br>2038 Spanish Ranch Way<br>Plumas Lake, CA 95961–9056 | Lennie L Masse<br>xxx–xx–9626<br><br>2038 Spanish Ranch Way<br>Plumas Lake, CA 95961–9056 |

| **Debtor's Attorney:** | David J. Collins<br>214 5th Street<br>Marysville, CA 95901 | **Trustee:** | Douglas M. Whatley<br>PO Box 538<br>Folsom, CA 95763–0538 |
|---|---|---|---|
| **Telephone Number:** | 530–749–9161 | **Telephone Number:** | (916) 358–9345 |

### MEETING OF CREDITORS
**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7–A, 7th Floor, Sacramento, CA
**Date & Time:** 5/21/13    04:00 PM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
**7/22/13**
**Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.**

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| Dated:<br>4/23/13 | For the Court,<br>Wayne Blackwelder , Clerk |

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**